RECV'D 06 JUN 13 11:12 USDC-ORP

SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
Five Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

FILED'06 JUN 14 13:59 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAMELA J. HOLSWORTH, | Civil No. 05-1394-MO |
| Plaintiff, | ORDER FOR FEES – EAJA FEES |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees of $3,267.55 under the Equal Access to Justice Act, 28 U.S.C. 2412, and costs of $6.86 under 28 U.S.C. 1920, are awarded to plaintiff, to be made payable to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel.

DATED this ___ day of _June_____, 2006.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

_____
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR EAJA FEES - 1